**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TERRY ELLEN SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **1:23-cv-04139-LMM-LTW** |
| | ) | |
| **THE CITY OF CLARKSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant City of Clarkston, through undersigned counsel, pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and hereby respectfully moves this Court for Summary Judgment in favor of Defendant on all issues, there being no genuine issue as to one or more material facts.

In support of this Motion for Summary Judgment, Defendant hereto attaches and incorporates by specific reference its Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment and all exhibits attached thereto, Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and all pleadings and discovery of record at the time of the Court's consideration of

this Motion.[1]

WHEREFORE, Defendant herein prays that its Motion for Summary Judgment be granted and that this action be dismissed with prejudice.

Respectfully submitted, this 5th day of August, 2024.

/s/ John D. Bennett
John D. Bennett
Georgia Bar No. 059212
Anna C. Perry
Georgia Bar No. 306362

*Counsel for Defendant*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jbennett@fmglaw.com

---

[1] The following exhibits are attached to Defendant's Statement of Undisputed Material Facts: Exhibit 1 – cited excerpts and exhibits from the Deposition of Plaintiff Terry Sanders; Exhibit 2- cited excerpts and exhibits from the deposition of Robin Gomez; Exhibit 3 – the Declaration of Christine Hudson; Exhibit 4 – the Declaration of Harry Hess; Exhibit 5 – the Declaration of Dan Defnall.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TERRY ELLEN SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **1:23-cv-04139-LMM-LTW** |
| | ) | |
| **THE CITY OF CLARKSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day filed the **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, and that I have additionally served Plaintiff by email and mail as follows:

Terry Ellen Sanders
2220 Burr Court
Buford, GA 30518
Tsanders2830@gmail.com
*Plaintiff*

This 5th day of August, 2024.

/s/ *John D. Bennett*
John D. Bennett
Georgia Bar No. 059212